MEANS *v.* SUBERS.

SIMMONS, C. J.   Taken in connection with the whole charge, there was no material error in the charges of which complaint is made.   The evidence authorized the verdict; and the trial judge did not err in refusing a new trial.
*Judgment affirmed.   All the Justices concurring.*

Argued October 6,—Decided October 30, 1903.

Complaint.   Before Judge Hodges.   City court of Macon.   January 26, 1903.

*Daly, Moore & Cochran* and *Ross & Grace,* for plaintiff in error.
*Estes & Jones,* contra.